UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ALBERT A. NIGRO

        Plaintiff,

   -v-                                        **CERTIFICATION**
                                                      10-CV-01037

MERCANTILE ADJUSTMENT BUREAU,
LLC
        Defendant.
_____

## MEDIATION CERTIFICATION

A mediation session was held on: July 26, 2011.

☐    **Case has settled.** The parties have agreed that Defendants will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than

☐    **Case has settled in part.** The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

☐    **Case has not settled.** A further mediation session will be held

☑    **Case has not settled.** Mediation is complete. The case will proceed toward trial pursuant to the Court's scheduling order.

Date: 7/26/2011                                     /s/ Michael A. Brady
                                                                  Mediator