AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

## WESTERN DISTRICT OF NEW YORK

ALBERT A. NIGRO

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 10-CV-1037S

       v.

MERCANTILE ADJUSTMENT
BUREAU, LLC

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that Defendant's motion for summary judgment is Granted and the Complaint is Dismissed.

Date: March 13, 2013

MICHAEL J. ROEMER, CLERK

By: s/Suzanne Grunzweig
       Deputy Clerk