UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALBERT A. NIGRO

       Plaintiff,

    -v-                                                **CERTIFICATION**
                                                             10-CV-01037

MERCANTILE ADJUSTMENT BUREAU, LLC

       Defendant.

---

I hereby certify that :

____   Case has settled prior to scheduling first session.

____   Case has settled prior to session scheduled for _____.

_X_   A mediation session was held on: February 20, 2015.

X    **Case has settled**.  The parties have agreed that Plaintiff will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed no later than March 20, 2015.

☐    **Case has not settled**.  Mediation will continue on _____.
                                                                                     (specific date)

☐    **Case has not settled**.  The parties may schedule another session at a later date.

☐    **Case has not settled**.  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Date: February 20, 2015              /s/   Michael A. Brady
                                                              Mediator

Additional Comments: