UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ALBERT NIGRO

    Plaintiff,

v.

Civil Action No. 10-CV-1037

MERCANTILE ADJUSTMENT BUREAU, INC.,

    Defendant.

---

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED: 4/1/15

_____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone: (716) 564-3288

DATED: 4/1/15

_____
Michael Alltmont, Esq.
Sessions, Fishman, Nathan & Israel, LLC
*Attorneys for Defendant*
3850 N. Causeway Blvd., Suite 200
Metairie, Louisiana 70002-7227
Phone: (504) 828-3700